Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

September 10, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. **CR20-148 JLR** |
|---|---|
| Plaintiff, | |
| v. | INDICTMENT |
| KELLY THOMAS JACKSON, | |
| Defendant. | |

The Grand Jury charges that:

### COUNT 1

*(Unlawful Possession of a Destructive Device)*

On or about May 30, 2020, at Seattle, within the Western District of Washington, KELLY THOMAS JACKSON did knowingly possess a destructive device, that is, an incendiary device known as a Molotov cocktail, that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8).

//
//
//
//

INDICTMENT/*United States v. Jackson* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

*(Arson)*

On or about May 30, 2020, at Seattle, in the Western District of Washington, KELLY THOMAS JACKSON did maliciously damage and destroy, and attempt to damage and destroy, by means of an explosive, a vehicle, namely, Vehicle 5, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

All in violation of Title 18, United States Code, Sections 844(f)(1) and 844(i).

## COUNT 3

*(Unlawful Possession of a Destructive Device)*

On or about May 30, 2020, at Seattle, within the Western District of Washington, KELLY THOMAS JACKSON did knowingly possess a destructive device, that is, an incendiary device known as a Molotov cocktail, that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8).

## COUNT 4

*(Arson)*

On or about May 30, 2020, at Seattle, in the Western District of Washington, KELLY THOMAS JACKSON did maliciously damage and destroy, and attempt to damage and destroy, by means of an explosive, a vehicle, namely, Vehicle 6, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

//
//

All in violation of Title 18, United States Code, Sections 844(f)(1) and 844(i).

A TRUE BILL:

DATED: September 10, 2020

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney