# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: Kelly Thomas Jackson

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ 20-571            CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for September 15, 2020

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on September 17, 2020 at 9 am

   Defense Attorney's Name and address: Gregory Geist, FPD

The estimated trial time is  5  days.

(Revised March 2018)