# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELLY THOMAS JACKSON, <br><br> Defendant. | NO. CR **20-148 JLR** <br><br> ORDER CONTINUING TEMPORARY DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary conditions of detention be continued as previously set.

DATED this 10th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
TEMPORARY DETENTION

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970