UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY THOMAS JACKSON,<br><br>    Defendant. | NO. CR20-148JLR<br><br>GOVERNMENT'S EXHIBIT FOR DETENTION HEARING |

The government hereby files with the Court Exhibit 1, which is provided in support of the government's argument that the Court should enter a pretrial detention order in this matter. Government counsel intends to reference and further explain this exhibit during the detention hearing.

DATED this 14th day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101

Government's Exhibit for Detention Hearing - 1
*United States v. Jackson*; CR20-148JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970