














ıll Verizon LTE    12:17 PM    40% 🔋

‹    Post    ↺

climatestrikewa    •••

**THE DEFIANT WALK OF RESISTANCE AGAINST INJUSTICE**

**SATURDAY, MAY 30TH @3PM WESTLAKE CENTER**

♡  💬  ✈    • • •    🔖

Liked by **chaoticwitch2000** and **710 others**

**climatestrikewa** If you're protesting at all this week:
Follow these safety precautions! Keep yourself and
others safe. Wear a mask. Keep distance as best as
you can. Power to the people. ✊🏾

View all 9 comments

---

ıll Verizon LTE    11:47 AM    22% 🔋

🔒 mtlcounterinfo.org

We need to be careful when pl
fire, but with care, molotovs ca
increase our power in the stree

# Ingredients:

Empty 500ml beer bottles

Gloves

Gasoline

Motor oil

Funnel

Gauze or strips of t-shirt

Duct tape

Never touch any of your materi
gloves, to avoid transferring fin













