EXHIBIT 3

COMMUNITY LETTERS

12 September, 2020

To Whom it May Concern,

We are writing to tell you about our neighbor, Kelly Jackson. This is a difficult letter for us to write for a number of reasons. We understand the seriousness of the crime Kelly is accused of. We want him to be treated justly. It is especially difficult because we have a son in law enforcement who grew up with Kelly. For that reason, we want you to read about the Kelly Jackson we know.

We have known Kelly for 16 years, when we first moved into the neighborhood. We have watched Kelly grow from a sweet young boy to a caring, empathetic neighbor. Over the years, Kelly was active with all the neighbor boys, including our own two sons. Kelly was a strong, athletic boy who always took the younger kids under his wing. He was patient when they wanted to play and would teach them skills to better their games. Even in the last couple years, when younger kids moved into the neighborhood, he would stop his game to pick up whatever game they were playing, making them feel included and special.

Kelly was also a trusted neighbor when we traveled out of town. Many neighbors had him checking their mail, feeding pets and watching their houses while traveling. He would come to our annual block party and talk to everyone, young and old. He is respected and respectful of everyone on our street.

We hope this helps you understand Kelly as the person we know and not just based on what he is accused of.

Kevin and Teri Peterson

Hello,

My name is Carlos Serrano. I have known Kelly Jackson since my freshman year at Edmonds-Woodway high school. I came to Edmonds-Woodway new to the area and I did not know anybody. Kelly and I both played football freshman year and that is how I made my first high school friend, and we have shared so many great moments together ever since. Kelly to this day is still one of my closest friends and I consider him family. Ever since I met Kelly he has always had this ability to make people laugh and smile, everyone knew him for that. One thing that I have always known Kelly for is how he always makes sure that the people around him are doing good. Whenever I would be having a bad day or had something on my mind, Kelly would always know something was up. He would ask me what's wrong and help me get through tough times. I am a person who has always struggled to open up to people and tell them what I am going through. I would say most people cannot really tell when I am in a bad mood, but Kelly always knew and he could always get it out of me. Kelly helped me get through one of my lowest times in high school. My junior year I injured my knee for the second year in a row during the football season. I wanted to give up and I didn't even want to attempt to play my senior year. Football was something I was very much passionate about. My life in high school revolved around football. I have never really told anyone about this but at these times I was depressed and I was dealing with many other things other than football too. I felt like everything I worked for was taken away from me. Kelly was right there for me the whole time. Kelly would hangout with me almost everyday and helped me get through things. Kelly was a bright light during the dark times I was in. I believe that if you asked anybody who truly knew Kelly, they would say the same exact thing.

Kelly and I's friendship was so rock solid throughout high school. And the same thing could be said for a lot of other people too. We had the same big friend group and we were all very close. After high school, most of our friend group was getting ready for college and working and we all became very busy. During this time when we were all so busy, I believe Kelly started to go through his own dark times, potentially because he missed having his friends around. Kelly had gotten into a number of run ins with the law and was taking drugs he should not have been taking. Some of our mutual friends were reaching out to him but it was clear that he had been going through some very hard times, it was hard for him to stop running into trouble. It was very hard to hear and see the things he had gotten into because I knew the potential and how much of a great person he was. Kelly eventually got the help he needed maybe a year or two after multiple run-ins with the law. He was able to sober up and stopped getting into trouble. He started reaching out to our friend group telling us about how far he has come and how he had been bettering himself. We all eventually started making time for our friend group to meet up with Kelly again and we could really see how much he had changed. He was always sober and would only smoke a cigarette from time to time. When friends around him were drinking some beer or alcohol he would always choose to stay sober. Kelly had finally escaped his dark past. I truly saw the Kelly that I had met in high school again. He was always a bright light in the room, making people laugh and smile again. He had got some sort of construction job and was a full time worker. I remember telling him I was proud of him for how far he has come. I don't think I have ever seen such change in a person. I myself believe that after high school, when our friend group had left for college he had felt alone. He started hanging out with the wrong people and getting into bad situations. He had finally realized that this was not the life he wanted to live and decided to make a change and I am so proud of him for it.

Fast forward to the protest. Kelly is a supporter of the Black Lives Matter movement and he had gone down there to protest. I personally did not attend the protests but I had seen everything on TV and Social media. It is a very hectic and chaotic environment. With the frustration of injustice of the black community along with police brutality, I think Kelly really wanted to protest and show that he stands for the black community. I believe that because of his previous run-ins with the law and police brutality across America, as well as the chaotic environment,  this caused Kelly to make a bad decision because of previous emotions he had built up. I think that the protest had just reminded him about his rough times and resulted in a bad decision. I know that Kelly would never want to seriously hurt anybody and that he just was frustrated by the injustice, but he just went about things the wrong way because of emotions.

I wish I could have been there to stop Kelly from making that bad decision. And now I face the possibility of not seeing him for years. Over the last year I had finally seen the Kelly I knew from high school. The Kelly that is capable of doing great things with his life, and the Kelly that has always been there to help out the people that need him. I am so proud of him from being able to escape his dark past and I pray that his one bad decision since those times will not put him away for a long time. Kelly to me is a best friend and my family. I love Kelly. He is my brother and I know he can do great things with his life.

Carlos Serrano

Catherine Mathias
September 9, 2020


Dear Federal Judge,

I am writing this letter on behalf of Kelly Jackson.  I have known Kelly for the past 14 years, since he began attending school with my children.  I volunteered regularly at the school and have worked with Kelly throughout the years.  I have also become a friend of the Jackson family so I've continued to stay connected with him.  As a teacher of 24 years, I have known many kids and have watched them grow.  Kelly is like a labrador pup, he is unconditionally loving, playful, bursting with energy,  loyal, gentle and the glue that holds a family together.  Kelly is, and has always been, one of the kindest and most accepting people I have ever worked with.  He is the kind of young man who greets older adults, asks how they are doing, and then listens.  When his classmates were left out or treated poorly by their peers, Kelly would be friendly and would make the effort to connect with them.  He is all heart and has a gift of helping others know that they matter in this world.

The Jackson family is loving and supportive of their children.  Early on they saw that they had active kids so they got involved in sports and activities that their kids would become passionate about and as a result these kids channelled their energy into becoming amazing skiers and athletes who cheered on their teammates on the football field.  They travelled to places throughout the world, participating with organizations, such as Habitat for Humanity, to open their children's hearts to the beauty of a bigger community.  The Jackson family is active in Edmonds and are loved by so many.  Kelly is a young man that has a community of family, neighbors, friends, educators, coaches and many more who are standing by, ready to support and guide him as he continues to grow.


Sincerely,

Catherine Mathias

To whom it may concern,

Kelly Jackson is a compassionate man. I've known him over sixteen years and can honestly say I have never met someone who cares more deeply about his family, friends and community.

Kelly is passionate about justice; he cares deeply about this country and desires it to be just. When he feels that an individual or a group of people need defending he tries to help them as much as he can. I know Kelly is a kindhearted young man who cares deeply about our country and wants us to be a nation where every individual is treated the same regardless of who they are or what they look like. However just his intentions may be Kelly is a twenty year old boy and sometimes that passion can go to his head causing him to act in an overzealous manner. Despite his questionable actions, I don't believe for one second that his intentions are ever malicious, he is simply a young man with an overdeveloped sense of justice.

Regarding the events of  May 30, I would like to remind you of a scientific fact, that the frontal lobe of the human brain is not finished developing in males until around the age of twenty-six. This can assist young men of Kelly Jacksons age in making boneheaded decisions. I would ask that when making your decisions regarding his sentencing you keep that in mind.


Thank you for your time,


Ericka Jae Engblom         ·

September 13, 2020

Dear Judge,

My name is Gregory Shideler, I am a graduate of UW in 1994 and currently am the owner of a small business in Kent WA with 13 employees.   I am writing this letter as character witness for Kelly Jackson.  I have read the newspaper and understand seriousness of the charges that are being made against Kelly.

I have known Kelly since he was a young child.  His father and I have been very close friends for over 25 years.   Kelly is the same age as my son, and my family has had a close family friend relationship with the Jacksons.   For the year 2008-2011 I co-owned a cabin in Leavenworth with the Jackson family and frequently spent time with Kelly at the cabin and at the Steven's Pass ski resort.  Since we sold our interest in the cabin, I have seen Kelly several times per year at family dinners and kept track of his progress through school.

I have known Kelly as an exceptional football player and skier with a strong work ethic on the field.  Since I have known the family for 25 years, I know that he was raised to be with a sense of right and wrong and with a strong respect for family.  I have never had a sense of him as young man with bad intentions.   He has always been polite and respectful towards me.   He had many positive male role models in his life, namely his father and uncle Mike.

I personally had a period in my teenage years when I drank to excess, used drugs, and was engaged in illegal activity, primarily stealing.   I got sober at the age of 19, and have been continuously sober since then.  The last time I saw Kelly Jackson was in January 2020, when he came to an AA meeting to celebrate my 30 years of sobriety.  I understand from that meeting with him that he was recently sober and had decided to stop using drugs and alcohol.  In January of 2020 Kelly Jackson told me his focus was work and sobriety, and I believed him.

As far as I know, Kelly was in the final stages of putting behind him his late teenage behavior, which did include drugs, alcohol and other irresponsible behavior, and was setting out on the course of sobriety and the beginnings of an adult life of work and career.    This is the path that I took, and from age of 19 was able to turn myself around, stay sober and become a productive member of society.  I believe that Kelly was on that type of trajectory, and had a very strong family support system to help him achieve that goal.

My strong belief is that Kelly Jackson is at his core a young man with a strong moral character, though he has engaged in some youthful irresponsible behavior.  He has a strong sense of family, and has a strong network to help me develop into a productive member of society.


Gregory Shideler

Isabella Mathias

September 10, 2020

Dear Federal Judge,

I am writing to you on behalf of Kelly Jackson. I have known Kelly since I was in kindergarten, he has always been filled with energy and cared deeply for his peers.

All throughout primary, elementary, middle, and high school, Kelly has been inclusive, fair, and supportive of the people around him. I have never met a man, who from such a young age, displayed constant awareness of the people around him and how to treat them with the kindness and respect needed for each individual. Kelly gives everyone a chance to feel a sense of belonging and will support them however he can. He is the person you meet for the first time and immediately know he is trustworthy, a good listener, and does what he can to make you feel like you belong.

Our families have grown close and I have spent lots of time with his mother, Maria. She and her husband put a large focus on athletic activities for their kids. As someone who grew up with Kelly, outdoor and psychical activities are his life. He has a competitive nature, but it never stopped him from helping others understand the sport we were playing that day in P.E. or giving others a chance to shine.


Sincerely,

Isabella Mathias

September 12, 2020

Re: Letter support of **Kelly Thomas Jackson**

Your Honor,

My name is Jonnae Tillman. I am a psychiatric nurse practitioner, a faculty member at Seattle University, and a 20-year resident of Edmonds, Washington. This is a letter of support for Kelly Thomas Jackson.  I have known Kelly most of his life.  He is before the court having recently been arrested for arson and possession of a destructive device during the downtown Seattle rioting on May 30, 2020.

I do not write to excuse or minimize or diminish the wrongfulness of the conduct alleged.  I simply wish to offer you a studied view of friend who may have temporarily lost his way, but is by no means a lost cause, and who is, I believe, at his core, a good and decent and unquestionably redeemable young man.

I met Kelly on his 1st day of 1st grade at Maplewood School in Edmonds, Washington.  He and my son became close friends immediately.  Because Kelly and my son played football and baseball together, lived blocks apart, and attended elementary, middle, and high school together, I personally engaged with Kelly on a weekly basis for the next 12 years.

On every single occasion – over thousands of interactions – Kelly was kind, thoughtful, and polite. He never had an unfriendly word to say about anyone.  Kelly liked everyone, had a sunny disposition, and brought a positive outlook to any situation.

But there is no doubt that Kelly has had a rough few years recently. Like many young people who struggle with ADHD, and have had difficulty learning in a traditional academic setting, with the onset of adulthood, Kelly has felt lost and confused about his future.  Growing up, his impulsivity created many obstacles for himself, and Kelly is the first to admit this.  However, to my knowledge and in countless personal observations, I have never seen him hurt or intentionally try to hurt anyone.  The Kelly I have known for all these years would throw himself in front of a bus for anyone – friend or foe.

Kelly comes from a very good home, with two wonderful, very engaged, and supportive parents. Maria and Thom Jackson, are the absolute best type of community member and neighbor.  Maria has been a P.E. teacher for decades.  She is always the first to volunteer at school and sports functions, and has literally been involved in every book fair, science fair, and music concert.  Thom volunteered his time as a baseball and football coach the entire 12 years our sons were in school together.  And the Jackson family week-long, epic board games are legend.  One glance at

their Facebook page will show two decades of a family committed to their community and to the joy of being together, whether it be camping, hiking, biking, or skiing.

I ask that you take my experience with Kelly into your consideration of who he is, where he comes from, and what promise both hold for his future.  There is no justification for the behavior that has placed him before you.  But I do not believe his actions reflect his true self. While Kelly has a long way to go in his decision-making skills, he is a good person, he has led a young life filled with good intentions, and I consider myself lucky to call him my friend.

Sincerely,

Dr. Jonnae Tillman
tillmanj@seattleu.edu

September 12, 2020

A Letter of Support for Kelly Thomas Jackson

I am Kelly Jackson's paternal aunt, and as such have known him his whole life. Kelly has always been energetic, passionate, and friendly. Kelly was the child who ran up to everyone he met and said, "Hi!" He wanted to interact with everyone, and preferably play with them. He was a downhill ski racer—he threw his heart down the hill, and the rest of his body followed closely after. He sometimes scared me, not because I was worried about others, but because he knew no fear for himself—that's the passion—he commits to what he's doing completely.

Since graduating from high school two years ago, Kelly has struggled. Like so many kids, once out of school and in the "real world," he wasn't sure what to do. He got off track last summer, but since then has done a lot to turn his life around. He's been gainfully employed in a trade that needs good workers, he's been building a good adult life for himself.

I don't believe that his actions of last May are part of Kelly losing his way. I think he cared passionately about justice, and thought he was seeing justice denied. I agree that his actions were not as carefully thought out as they could, or even should, have been, but he again hurt no one but himself in trying to take a stand. I don't exactly know when he was thinking—no one can know that about another person. He can tell us. No one else can.

No person is just one thing, nor can he be defined by just one action. Kelly isn't just my nephew that I've watched grow up, played card and board games with, and loved for his irrepressible spirit. He's not just the young man learning to pursue a trade that doesn't haven't enough workers to fill society's needs. He's not just a caring person who reaches out to connect with those around him. He's also not just the young man who chose the wrong way to demonstrate his opposition to injustice.

We need people who are willing to engage and care. We need people who won't accept an unjust system. We need people who are willing to learn and grow from their mistakes. We need Kelly to have his chance to grow up and contribute positively to society.

Sincerely,

Angela Jackson-Selle

To Whom It May Concern:

09/11/2020

I am writing on behalf of my grandson, Kelly Jackson, who has been charged with federal crimes.

The state of our country right now is appalling in so many areas. Trying to do the right thing and even knowing what is right is in question for so many of us.

Kelly is a young man who has had struggles, but has faced them and was doing well. He has been clean and sober for months and had a steady job.

Within our family he has been the one who could make us all laugh. He is a kind loving young man. He has a cousin the same age as he and I used to love watching them when they were younger because they took such joy in each other.I have never heard him utter an unkind word about anyone.

I understand there are consequences for everything we do, but he is a person worth saving and I love him very much.


Linda Jackson- Dale

I am a cousin to Kelly Jackson. My name is Claire Jackson. I am still trying to wrap my head around and process why Kelly would do such things, and the only thing I can think of is the social injustices many of us, many minorities are facing today. I know what Kelly did was wrong, but I also believe that he was trying to stand up and advocate for the lives of innocent people that were lost. Kelly didn't attack a person, he would never hurt even a fly, he was attacking an institution, as many of us, including myself, feel the same particular way towards this institution. In the world we live in today, many of us are scared, mad, sad, and angry. It's hard to process why one would hate towards anyone because of their skin color, and I know that Kelly feels the same way. Today we are facing many injustices, and I truly believe Kelly was caught in the heat of the moment, trying to fight for what's right in this world, trying to advocate for those who cannot advocate for themselves. You look at officers  Derek Chauvin, Tou Thao, J. Alexander Kueng, and Thomas K. Lane. Justice was served to them because of the people, the people like Kelly, advocating for innocent people, getting their lives taken too soon. You look at Breyonna Taylor, who was shot innocently in her home. The cops involved in such a heinous act, have yet been charged, and these police officers shot and murdered an innocent woman. They are not facing their consequences, these are the real criminals. I believe in no way, is Kelly Jackson a threat to society, but more a member that society needs, one that stands up for what is right.

Kelly and I have been close since we were little, as he is only a year older than me. What the media sees in him, and what is making him out to be is something completely different than who he is. I know him as a kind, funny, compassionate, caring individual. Kelly always checks up on me, always makes sure I'm ok. In high school, he made sure I was out of trouble, and acted like a big brother towards me. In fact, the last time I saw him, he paid for my food, and we had a good talk about life. Kelly has made mistakes, yes. We all have. When you are 20 years old you are an "adult", but in reality none of us are adults when we are 20. We are all still figuring out our lives, and what path works best for us. Kelly came to light with his mistakes, and was working towards a sober life. He had a regular job, and was attending everyday. Kelly really

was on the right track to success for himself, and it made me proud as his cousin. He was finally picking up the pieces. Kelly was even attending meetings to help him stay sober, which takes a lot of drive at 20 years old, as there are many distractions around us. My whole family can back me on this, even the community of Edmonds. Kelly is a nice, caring, young man, who just happened to make an honest mistake, one that unfortunately could affect his whole life ahead of him, a life he deserves to live and continue to thrive in. I believe that Kelly is in no way a threat to society, and we as a community will not be the same without him. He gives to our community, to his family, to his friends. Kelly is one of the most selfless people I know, he cares so much about others. Thanks,

Claire Jackson.

I'm Kelly's cousin and my name is Killian. Kelly may have not been the best role model, but he has always looked out for others. That's one thing I admire him for. I went skiing one day at stevens pass, where the worked. I wanted to hang out with Kelly so badly. So he canceled half of his day just to make me happy. What Kelly did wasn't okay in any way, but he's trying so hard to change for the better. He has been doing jobs that help the economy and going every single day. He has been going to rehab classes every week. I am very young, but what I do know is that my cousin Kelly is a loving, caring, and kind guy. Not a threat to our society.

-Killian Chappell

I have known Kelly for a long time, I think I met him in fedar football in 5th grade. Ever since then we have been good friends. Other than him we have a pretty big friend group and we are all pretty tight knit. All of us have watched Kelly make a few mistakes over the years. It started out as a few petty things and gradually he got into more serious trouble. Everyone in High School makes mistakes, I feel like at one point or another we all have a run in with the police in High school. This thought process is what made us think nothing of his actions. Never would I imagine having to write this letter but it is what it is. Kelly got into serious legal trouble about a year and a half ago. He had some mental issues which made him change the way he acted around our friends. We all sort of pushed him away from our friend group. We tried to help him, but nothing seemed to work at the time. We all felt so bad about abandoning him but at the same time he needed to figure some stuff out. After a while and getting in some more trouble he ended up in a program in California. I think he lived down there for about 6 months. After the program he came back to Washington to finish out his probation. We all finally hung out with him when he came back and he was a completely different person. Still the same jokes but a new found maturity and realization for his actions. It's been a year since he has been back in Washington. During that whole year he has been sober and has gone to work everyday. I know this because we would skateboard and hang out almost everyday. It was weird to see how much he changed. He was a completely different person. Kelly is still a changed person, he just made a mistake. I think he knows, we all know. I Don't want to go throughout my 20's without him. I don't want all of our friends to have to go to an institution just to say "hey". He doesn't belong there. He belongs with our friends, working a trade and eventually having a family of his own. I can't watch those early years to set your life up just to be thrown away.  -Hunter Magana

Dear Your Honor,

My name is Jack Tillman. I have known Kelly Jackson since we were kids. I would like to say that we were best friends for the majority of our childhood. We were at times impulsive, but it was Kelly's heart that kept me around. No matter the situation or the circumstance, Kelly's heart was in the right place and he always wanted to help people and do the right thing whether it affected him negatively or not.

I am not condoning his behavior in any way, but I love him too much to not fight for him. He made a mistake, a big one, but I believe he was fighting what he believed was right, even if the path was wrong.

I take pride in being honest, and I can say with dignity that Kelly Jackson is a great kid with a big heart, who made a mistake and I hope you can find it in your heart to give him another chance. There is an army of people who will be looking out for him and his best interests for what's to come next in his life. I can proudly say that I will be one of them until the end.

Sincerely,

Jack Tillman
Jacktillman22@gmail.com

Cliff Trent
September 11, 2020


Re: Kelly Jackson


To Whom It May Concern:

I am writing this letter as a reference for Kelly Jackson.  I have known Kelly since he was 6 years old.  My son Lucas and Kelly were both athletes on a competitive ski racing team.  Over the course of the last 14 years I have come to know Kelly quite well and I am very fond of him.

As a fellow ski team member, we had the opportunity to spend a lot of time with him.  We would travel to ski races, stay in shared housing, and share meals together.  I have always felt that Kelly is a well-grounded kid with good values.  He has a kind heart and was always willing to help out the younger kids he interacted with.  Of course, in the process of growing up, everyone makes some mistakes along the way.  When that does happen, you hope to be given the chance to make things right.  Kelly has the benefit of a solid family who loves him and can guide and support him through times of trouble.


Sincerely,


Cliff Trent

To Whom it May Concern-

It is with heavy heart that I try to convey for you to understand what my kind nephew Kelly Jackson is.  Kelly is a champion of the underdog, a protector of those who need a voice.  I have had the priveledge of raising Kelly with my son for the last twenty years, full of laughter, love and a strong sense of family.  In this strange climate of uncertainty our young people do not always understand how to express their frustrations.  What I hope to let you know is a young man full of joy and kindness may have got caught up in was what he perceived as right.  If you ever had an opportunity to witness Kelly's innate decency you would see my children, his peers and their parents be thankful for his presence. I am one women, an Aunt who would please ask you for your kind consideration to make sure this young man does not pay the ultimate price for a society in chaos.  Kelly is and always will be one of the kindest and most necessary people in this world we live in, and without people like Kelly I would be afraid.  Thank you for allowing my opinion which is full of love and respect for Kelly.

Most respectively, Aimy Chappell

September 10th, 2020


Dear Federal Judge,

My name is Amy Hiebel and I am a teacher in the Edmonds School District. I have been with the
Edmonds School District for over twenty years, teaching both math and science at the middle school
level. I was shocked and saddened to see the news that one of my former students, Kelly Jackson, was
arrested in connection with the protests in Seattle. I realize that these are serious charges and I'm saddened
to know that Kelly has made some very poor decisions that could dramatically affect the rest of his life.

I have known Kelly since he was in kindergarten. My daughter, Sophie, was in his class at a small K-8
from kindergarten through 8th grade. The community at our school was very close, and therefore I know
his family well. I taught Kelly in 7th and 8th grade as his science teacher. Kelly has always been a
high-energy young man, and people love to be around him. He has an inquisitive mind, and loved to
engage in debate and conversation in and outside of the classroom. Kelly shone the brightest when he was
given an opportunity to help with the younger kids and be a leader.

When Kelly moved on to Edmonds Woodway High School he was a very popular student on campus and
an athletic stand out. Although my daughter was not close friends with him, when I asked her how she
would describe Kelly she said, "he's a super nice guy". She went on to explain that he was one of the
more popular kids in high school but always took the time to stop and talk to anyone that he knew. He
was kind to everyone. I can't think of higher praise.

You have the difficult job of passing judgment on this young man for crimes he committed. As you fulfill
this duty, please keep in mind that Kelly Jackson is a kind, caring young man who comes from a
wonderful family. I am humbly requesting that you tend toward leniency when sentencing him.


Thank you in advance for your time and consideration.

Amy Hiebel

September 12, 2020

*Re:*   **Kelly Jackson**

To Whom It May Concern,

My name is Amy Lancaster and I am writing on behalf of Kelly Jackson, whom I have known for approximately 5 ½ years. I live across the street from the Jackson family and my first introduction to Kelly was the day I was moving into our home. I came over to drop off some items, with my two kids in tow (then ages 4 and 6). My doorbell rang and I opened it to find this smiling, friendly kid who introduced himself to me, chatted about school and talked to my boys. I was so impressed that this young man came over on his own and seemed genuinely interested in meeting our family. Today, I am even more impressed having my own adolescent-aged son and thinking of Kelly's sweet demeanor.

I have never known anything from Kelly, other than a sweet demeanor. I have been reflecting this week about all of the different little things that come to mind when I think of Kelly. He has played capture the flag and soccer with my boys numerous times. He has gone out of his way to buy lemonade from them at their lemonade stands. He has asked my kids to wash his truck after seeing a note my son wrote trying to earn money. He came outside one day while watching my kids ride their bikes to tell my son to put on shoes instead of flip flops because he had hurt his foot when he was younger riding bikes without shoes. He even spent 5+ hours helping my husband manage our jungle of a front yard one Saturday, despite certainly having more interesting things to do as a teenager.

Kelly's family is involved in pet fostering and I have also seen the manner in which he interacts with the different animals in their care, many of which have undoubtedly had very difficult lives so far. My observations of Kelly are based upon my personal experience, not upon anything he did for an audience. This is how I know that his character is good and kind and he is someone that I would trust my children with.

A few years ago, Kelly heard that my youngest son wanted to participate in the annual Polar Bear Plunge on New Year's Day in Edmonds. No one else from my family was willing to jump into the Sound the morning of January 1; but Kelly was! He got up in the morning, went down to the beach with our family and participated in the event with my son. He wasn't paid or bribed – he just did this for my son. That is the Kelly that I know.

I understand that Kelly has a long road ahead of him. He is young and certainly with age comes wisdom. I think back to some of the decisions that I made at age 20 and I am thankful that smart phones and social media were not present at that time. Ultimately, I grew up, matured, finished college, went to law school and have been practicing law for 16 years. I have met many different people in my personal and professional life. I hold the Jackson family dear to my heart and especially Kelly, for the ever-present smile, the wave he never forgets when he sees the boys pass by and the patience and kindness that he has shown to my family.

Sincerely,



Amy Lancaster



Polar Bear Plunge, 2018

Seattle, Sptember 12, 2020

Dear Federal Judge,

We are writing on behalf of Kelly Thomas Jackson and his family.

We have known the Jackson family for almost 15 years. Our children were involved in the sport of ski racing and over the years we spent many weekends together at the ski area and traveling to ski races. Over time we have become close friends.

Our interactions with Kelly during his formative years, pre-teen through High School were always very pleasant. Kelly was respectful, seemed laid back and a bit of a dreamer. He was well liked by his team mates. We never witnessed any aggression or violent behavior towards team mates, individuals or objects. Like many teenage boys he enjoyed taking risks in sports activities (skiing, baseball & football). However, this risk taking never seemed to occur in other aspects of his life.

During his High School years Kelly exhibited many traits that are common in young boys, a restlessness that makes school work an almost unbearable burden and a struggle to find direction in life. These problems definitely took a toll and despite support from family and friends this listlessness continued after graduation from high school. We know how much of a burden the diagnosis of mental disease in his older brother Quinn has been and witnessed its consequences for the family over the last years. We know that Kelly's parents have given every possible support to Quinn and later to Kelly when he seemed to lose his way. Even in recent years, when Kelly appeared to be struggling, he continued to be thoughtful and respectful when we interacted with him.

As parents of two boys we speak from experience. Bringing up a boy with ADHD, who during his High School years was involved in a criminal incident that was the result of juvenile thrill seeking, poor judgment and group pressure, has taught us to be open minded. The criminal incident involved forcefully entering a property and theft. Our son was sentenced to community service and a deferred disposition. While our son had to answer for his actions the sentence was not purely punitive but was geared towards rehabilitation. We were very grateful that the justice system gave him a 2nd chance. He is now 38 years old and a successful sales representative for a major American company, married with 2 children and never again engaged in criminal behavior.

We truly believe that if the accusations against Kelly are proven to have occurred, these actions were the result of mob a mentally and behavior, and age related poor judgment, not an underlying tendency for violence or hatred towards the authorities. These are challenging times for all of us because of the pandemic and its consequences. Especially for young people, depression, hopelessness and financial insecurity, combined with social unrest can easily result in emotional overreaction.

While we in no way condone violence, property damage or criminal behavior we plead that if Kelly is found to be guilty as charged that he will get the benefit of a justice system that believes in rehabilitation and 2nd chances.


Sincerely,

 William and Petra Barclay

To whom it may concern and in respectful consideration,

What I know to be true.  That Kelly Jackson is a passionate and goodhearted person. He loves the mountains and skiing and has a loving family. Tom and Maria Jackson are hardworking, salt of the earth, supportive parents. Like many young people, Kelly has struggled in finding the appropriate way to express how he feels, has turned to thought-altering substances and has made some extremely bad choices.  I know that all choices have consequences but as a decision is made on his life, I humbly ask for grace.  Kelly is a young man who lost his way and in his very young mind, he thought that he was supporting the equality of black lives.  As Kelly's story unfolds, please consider that even when people make horrendous mistakes, they deserve the opportunity to remake their lives.

With deep respectful gratitude,
Beth Butzlaff

9/11/20

*Charles Neill*
*20930 81st Pl. W*
*Edmonds, WA 98026*

*RE:  Kelly Jackson*

*To The Honorable Federal Judge:*

*My name is Charles Neill, I have a remodel company in Edmonds, WA, I have been in business for 22 Years.  I am writing this letter on behalf of Kelly Jackson, whom I have known and had as a neighbor for over 10 years.  I am aware of the serious nature of the charges against him and I found them quite unexpected.*

*In the time that I have known Kelly he has impressed me as a young man with responsible character and strong family ties.  My direct experience with Kelly, day to day, was in the spring of 2019 when he worked for me on a remodel project for several months.  He was both dependable and respectful.  I would if the opportunity arose hire Kelly again.*

*I believe Kelly is capable of true remorse and though he has gone through his ups and downs, I believe Kelly to be a decent person. It is my hope that Kelly will be given the opportunity to prove himself as a young man.*

*Sincerely,*

*Charles F. Neill*

Rebecca Wagner

September 12, 2020

Dear Federal Judge,

I am writing to attest to the character of Kelly Jackson.  I have known Kelly's family for nearly 20 years and have always enjoyed spending time with them.  Kelly has always been courteous, friendly, and respectful in my interactions with him.

I am an elementary school teacher in town and have taught several of the Jackson's neighbors over the years.  The young boys I taught looked up to Kelly as a role model.  They admired his dedication to baseball and other sports and were eager for his attention.  Even though he was older than my students, he was always kind to them and took time to play with them and care for them responsibly.

I believe that Kelly is a kind person who has strong potential to grow into a responsible citizen.

Thank you for your consideration.

Sincerely,

Rebecca Wagner

Dear Federal Judge,

My name is Errin Shull and I am a teacher in the Edmonds School District. I am writing a statement for the defendant Kelly Jackson. I have read and understand the charges he is being accused of hope you will be open to hear statements from others who know him.

I taught Kelly in elementary and middle school but have know his family for years. Kelly has always had a good energy about him. He would smile and say hello to everyone at school or in the community. My own children have reflected nothing but kind words about Kelly. He has always had a happy heart.  He is adventurous and likes to be challenged. Kelly is an incredible snow skier and and played football in high school. These sports were a great outlet for him and a place he felt confident. I believe Kelly's actions were wrong and impulsive but not intended to hurt anyone.

I hope you can take the time to listen to Kelly's plea and the statements that share his true character. He deserves a chance to amend what he has done without being incarcerated for any extended period of time.

Errin Shull

I remember when Maria and Thomas brought Kelly home from the hospital. He was so cute and little. I have always had an affection for Kelly. He has always been kind to me and my husband and our two daughters. Kelly is close with our youngest daughter Claire who is only one year younger than Kelly. He has always looked out for Claire and been good to her. Kelly has a good heart and he has volunteered with Habitat for Humanity, taught ski lessons and worked at Stevens Pass helping out the younger kids. I don't condone what Kelly did, but I know his heart and I truly believe that he was unhappy with the situation and wanted to protest. I believe he really got caught up in the moment. I know that there needs to be some type of consequence for Kelly, but I don't think hard prison time is right for him. Kelly needs more help and I worry what prison would do to him. Will it help him to go to prison for years or would it be a beneficial for Kelly to do something else that can help him become the man I know he wants to be. I know that Kelly is a good human being and that he was arrested for a crime, but I know he would be better suited with a smaller punishment and possibly helping others in some other ways.

Please know that Kelly has a good heart and he would not ever try to hurt anyone on purpose. I truly believe that.

Jessica Jackson Kelly's Aunt

Dear Federal Judge,

I am writing to tell you about Kelly Thomas Jackson.  I read in yesterday's <u>Seattle Times</u> that he has been charged with setting police vehicles on fire during protests in Seattle.

You see Kelly as a criminal.  I see Kelly as a loving young man.

 I have led many Habitat for Humanity trips to places around the world.  Kelly accompanied my team as a volunteer to Zambia in 2018.  He was an extremely hard worker and a favorite of the Zambian young people he played soccer with.  He also was a loving and compassionate person.

I know that Kelly needs punishment for his crime.  I am hopeful that his sentence will teach him a lesson and lead him to a productive life. At the same time, I fear that a harsh prison sentence among hardened criminals might encourage him to further retaliate against the law.  A wise counselor while he is in jail could put Kelly on a wholesome life path.

Kelly is a good person at heart.  Please acknowledge his goodness as you sentence him.  He can be a strong asset to society.

Sincerely,


Jessie Strauss
Habitat for Humanity Team Leader



Dear Federal Judge,

Today I read an article about an Edmonds man arrested for arson during the May riots in downtown Seattle. My emotions have run from anger to sadness over this whole past four months, but when I read that it was Kelly my heart sank. Anyone who knows me knows I have little tolerance for people acting violently in the name of protests. I have no respect for the actions of the mobs over the past months, and believe that everyone is responsible for their own actions. That being said I would like to say what I know about Kelly Jackson. I have known Kelly since his birth, and consider him family. I have coached him in skiing, had many long car rides taking him home from the mountains, spent many nights playing Risk and Monopoly and dozens of other games with him, and had hours of conversation with him on all kinds of topics. I have known him all his life, and can tell you about the guy I know. Kelly has always acted with not a lot of thought about consequences. He is a person who acts first, and assesses later, but I have never known him to have evil intent towards anyone.  Kelly has a lot of love in his heart. He can laugh at himself and he doesn't look down on others. I'm praying that good will come out of these insane times.

Sincerly,

Ken Engblom

September 10, 2020

Dear Federal Judge,

My name is Jenni McCloughan and I am the K-12 PE, Health, and Move 60 Coordinator in the Edmonds School District. I have worked in education as a Physical Education teacher for 25 years and have worked in Edmonds School District for the past 22 years. I am writing a character witness statement for Kelly Thomas Jackson. I am aware that Kelly has been charged with two counts of arson and two counts of unlawful possession of a destructive device for his activities at a protest that turned violent in downtown Seattle.

I first met Kelly Thomas Jackson when he entered kindergarten at Maplewood K-8 School in Edmonds School District. Kelly was a student in my PE classes so I had him in my classes for many years. I have known Kelly, his siblings, and his parents for a very long time as his brother and sister, also attended Maplewood K-8 and the family lives nearby. Kelly was a smart, athletic, kind, and enthusiastic student in PE and he always did very well in my classes. The community at Maplewood K-8 was a close-knit school where families all had the opportunity to know each other very well, our children played on the same sports teams, swam together at the community pool, and competed in athletics in elementary, middle school, and high school. Kelly loved to volunteer at the school field day by helping the younger students with activities at the end of the school year. Kelly thrived in PE, sports, and being with his friends at Maplewood K-8 and eventually at Edmonds-Woodway High School.

Since Kelly and his family live nearby, I often see Kelly walking his dogs, walking to Taco Bell, walking in downtown Edmonds, and meeting up with friends. When Kelly sees me around the neighborhood he always says, "Hi Mrs. Mac!" He asks how I am doing, he has always been kind and respectful to me and to my family, and it means a lot to me when a former student stops in public and says hi. Kelly has always been a kind, smart, and athletic student but most importantly, Kelly has always been well liked by his friends, classmates, teachers, other parents, coaches, and his family.

Please feel free to contact me if you have any questions about Kelly Thomas Jackson. I know this is a very difficult situation but Kelly is a good person, which will make your decision hard. Thank you for your time and your consideration when you make a decision about Kelly Jackson's sentence.

Sincerely,


Jenni McCloughan

K-12 PE, Health, and Move 60 Coordinator

Edmonds School District

Julie Perrine

September 10, 2020

Dear Federal Judge,

I have been a friend of the Jackson family for 18 years. We have had the occasion through the years to ski together as well as have family game nights.  Kelly, on many occasions, showed up at our house to jump on our trampoline.  His family regularly took care of our dog when we were out of town and we also took care of theirs.  We carpooled to elementary school together.

Each morning when I pulled up to his house, from kindergarten through 5th grade, Kelly was always ready to go, the first one in the car with a smile on his face and a pleasant greeting.

As he grew older I didn't see him as often but when I did he would greet me with a smile, eye contact, a hug or handshake.  If I stopped by to visit his mother Maria, it would not be uncommon that I would end up playing a game of cards with Kelly.

When my daughter was in High School she went every weekend with Kelly and his family to ski at Stevens Pass.  I know that Kelly was raised with strong family values; each Friday as I watched the Jackson family drive away, I knew that my daughter was in good hands.

Kelly has always shown me respect. I know that he is kind to animals and people alike; I know he has a good and decent heart.

Thank you for your time.

Respectfully,

Julie Perrine

September 9, 2020

To Whom It May Concern,

We are writing to provide character references for Mr. Kelly Jackson, our neighbor, who was recently apprehended by the Department of Justice for his participation in the May 30th riots in Seattle.

We met Kelly seven years ago when our family moved into the neighborhood.  At that time, Kelly was a well-spoken, charming young man, who brought all the children from the neighborhood to our door to welcome us to the neighborhood.  Over the years, we watched Kelly grow up, playing football for Edmonds-Woodway High School and occasionally helping us with landscaping projects and heavy lifting at our home.  Our interactions with Kelly have always been cordial and pleasant. He is friendly with our children, polite, and careful when driving through the neighborhood.  He is a thoughtful, sincere boy on his way to becoming a fine young man.

Since graduating from high school Kelly has held a couple different jobs. We see him come and go from long days of work, exhausted and ready to rest up for another day of work. Knowing that he was working hard daily, it was shocking and extremely sad to learn of this most recent development. Kelly is a good kid who can turn things around if given a chance. Given the opportunity, we believe he will choose to use his passion for good. If Kelly is not given this opportunity, it could change the course of his life irreparably.

We sincerely ask that you consider this information when evaluating the next steps for Kelly Jackson.


Thank you,

Paul and Brenda Murphy

September 11, 2020

RE: Kelly Jackson

Dear Federal Judge,

I am writing to provide my perspective and many experiences with Kelly Jackson over the past 15 years. The actions he is charged with are hard to fathom coming from the young man I've gotten to know very well.  He has proven to be a kind, thoughtful, and passionate person.

I initially met Kelly while coaching football with his dad, Tom Jackson in 2005.  We would continue to coach football and baseball in the same programs for the next decade.  With three children in sports, the entire Jackson family was always present at the ballfields.  Kelly was always quick to earn the respect of parents, coaches and teammates through his passion for the game and kindness he showed for others.

We quickly learned both our families had a passion for skiing so purchased a cabin together in 2010. Our children all joined the ski race team at our local ski hill.  This provided the opportunity to get to know Kelly very well as we lived together nearly every weekend and traveled to races together.  He displayed the same positive character I had witnessed in our years playing baseball and football.  He was always supportive of his teammates and polite and respectful to coaches and parents.

Perhaps the best example of the good heart Kelly has, came from our time in Zambia together building a house for a local family in desperate need.  I knew he was a hard worker from my time volunteering with him for the various sports leagues we were involved with back home.  I also knew he was kind and polite to those around him.  However, the passion and love he showed to the dozens of local children that would show up at our building site everyday was extraordinary.  After working hard digging, hauling bricks and mixing concrete in 90+ degree temperatures, he would tirelessly entertain and play with the throngs of children for hours.  The pure joy he provided for these children and the love they showed back to him will always be etched in my memory.  This trip showed his passion for helping those less fortunate and in need.

The charges he's facing are so difficult to reconcile with the young man I've come to know.  I recognize the seriousness of the charges and the need for consequence if proven true.  I would just plead with the court to take in to account the many positive things Kelly has done for others in his short life.  He has so much potential and has already touched so many people in incredibly positive ways.  It is my sincere hope that his actions during this very brief, unprecedented, difficult and confusing time don't define the remainder of his life.  Thank you for taking the time to read this and for considering the Kelly I know.

Sincerely,


_____

Rob Turner

To whom it may concern,

Kelly is not a bad person. When I think of someone who is selfless and cares so deeply for others, I see him. I'm a couple years younger than my other cousins and siblings, but he never leaves me out. He lights up the room with his kindness and compassion. He may not be the best role model at times, but I aspire to have a heart as big as his. He always makes me feel like I was welcomed with my other cousins and treated me no differently. The relationships he has with family and friends is so important to him, and how he puts those relationships first is something I admire. In all the chaos and madness that is our world today, I pray that he is able to be seen the way that everyone that he knows sees him.

Sincerely,
Sydney Chappell

9/11/20

Dear Federal Judge,

I am writing on behalf of Kelly Jackson, who is one of my dear friends. I have known Kelly since I was 10 years old and I would like to share with you his true character. Kelly has long been a good companion when it comes to interaction and being a helpful friend. In many instances, Kelly has gone out of his way to put others first.

From time to time, Kelly has met various figures, one including my great grandmother. She was always one to come to the need of the others, even in her old age of 99, she never let someone leave her home without making sure all their needs were met. As her age withered her, it became difficult for her to move, assistance was needed for her stand every time she sat down and helping turned into a grueling experience for her. To add, my family was getting exhausted of assisting her and took care of her as if it was a chore. As Kelly started being around my family more and more, he let me know his worry for my great grandma and if there was anything he could do to help. I declined immediately because it was not his responsibility to take care of any of my family members, but he was persistent, going far as talking to my grandparents without me knowing. My grandma never liked having my great grandmother be alone, so a plan was made. Without my knowledge, Kelly had exchanged contacts with my grandparents and told them if they ever needed someone to watch over my great grandmother or just hang out with her, they should call him. Kelly and I had been friends for quite some time, but never did I think he had the compassion, and heart to an act to selfless.

For years, I have counted on Kelly Jackson and not once has he had a bad intent towards me, my family, or anyone close to me. His heart has always been in the right place in times of dread. Whether it be personal issues, or everyday problems, Kelly has always been open to listen and has held his tongue to criticize others. I hope these words help describe the true character of Kelly Jackson.

Yours sincerely,

A peer of Kelly Jackson

September 11, 2020

To the Presiding Judge,

I have known Kelly Jackson for fourteen years – ever since 2006 when our family moved in to the house next door, and Kelly was six. My children were young as well: Eliza and Will had turned four and one that year, respectively.

To say that Kelly was welcoming to my young family would be an understatement. There was a knock on my door nearly every day in summers asking if my kids could play.

Kelly was naturally inclusive and would invite all the neighborhood children to play games, ride bikes, swim in the public pool, and have adventures in the nearby forested trails. He was known as a peacekeeper who made sure everyone got a turn and that the game felt fair. His gift for athleticism and teamwork was evident from those early years and would serve him well later in organized sports, where coaches and teammates learned quickly his value on and off the field.

A year after we moved in I got a phone call that would change my family's life forever. My husband of seven years had a near-fatality at work as an urban forester and suffered a severe traumatic brain injury. I will never forget Kelly's response to our tragedy. It was fall, and as a seven-year-old he organized the neighborhood kids to rake the falling leaves of the Japanese maple tree that join our properties but fall mostly on my lawn. He asked frank questions about my husband's condition that demonstrated his curiosity and care.

As the school years went on, I watched Kelly grow and develop into a generous, helpful young man. I worked as an Administrative Assistant at the high school he and my daughter attended, so I was able to observe directly how he purposely stayed clear of high school drama, instead pouring his energy into sports. He was liked among staff and known by teachers as authentic and kind. In 9th grade my daughter was a victim of online bullying, and as a junior Kelly supported her through a hard time. Similarly, my son, who is five years Kelly's junior, looks up to Kelly. They all continue to be friends and treat each other like family. As a divorced woman raising teens on my own, I often relied on Kelly to help me move furniture, cut the grass, and watch my dogs. His family-oriented way of being makes this circumstance saddening for all.

Kelly Jackson is a good person who made a very bad choice. I recognize his wrong-doing but I also see that he needs support in what seems like might be a burgeoning mental illness – I'm no expert but I understand they appear as some youth move into young adulthood. His crimes are completely out of character from the child and teen and young man I know Kelly to be. He is a credible friend and neighbor who I trust, and it's my strong feeling that he regrets his actions. I hope Kelly can get the help he needs fast, and that the justice system takes his character into consideration. Please don't hesitate to contact me with questions: sarahmecannon@gmail.com

Sincerely,

9/11/2020

X Sarah Cannon
_____

Sarah Cannon

Signed by: cannonsarah@seattleu.edu

September 11, 2020

Dear Federal Judge,

I have had the pleasure of knowing Kelly Jackson since he was in elementary school. He and my son are the same age and played sports together since I can remember. He was always the heart of every team and both his teammates and opponents recognized his athletic ability and sportsmanship. He was the first (and loudest) to cheer on his teammates when they succeeded and the first to say, "It's okay man" and pat them on the back when they failed. He was always respectful to his coaches, the officials and his peers alike. Kelly introduces humor and personality into everything he does. He's always smiling and friendly and has always been well-loved by his friends and their families.

Kelly is an avid snow skier and snowboarder and has taught ski school over multiple seasons at Steven's Pass. He was always the kids' favorite instructor. I watched him bring out the extrovert in kids who were otherwise introverts. He engaged them with his love of the sport and humor. I learned how to snowboard at 36 years old and when Kelly met us on the mountain, he coached me with articulation, patience and kindness. He was a skilled teacher beyond his years and always so generous with his time and knowledge.

I have also had the pleasure of knowing Kelly Jackson as an adult. He has spent countless nights on our couch after long video game sessions with my home-from-college son. He is an absolute joy to have in the house. When I gave birth to a preemie in May of this year, Kelly watched our dog (who adores him) and helped "hold down the fort" while I was living at the hospital with my newborn for a month.

My husband and I own a local plumbing company. Recently, Kelly became a plumbing apprentice at a rival company. It was very impressive to us as many of his friends are in college, racking up debt without a career path. We know how rewarding and lucrative a career in the trades can be.

We needed extra hands on a couple of jobs, so we hired him. We can say, without question, that he is the hardest worker we have ever seen. He never complained and never questioned; he opened his ears to learn but put his head down to focus and get the job done. I physically worked on a job with him and was embarrassed at how much better he was than me! He worked harder than the men who have been doing it for a decade.

When Kelly is here, our home is brighter and full of laughter. His smile lights up a room. This is the Kelly we know and love.

Sincerely,


Julie Prochnow

Dear Federal Judge,

My name is Jillian and I am the defendant's older sister.  As someone who has known Kelly his entire life—and seen first hand the effects that serious mental illness can have on a person—I can say with complete certainty that the actions committed don't reflect the person I have known and loved for 20 years. I understand completely why the actions taken are considered violent and I thank god that no one was hurt, but Kelly is not a violent person. He is incredibly kind and friendly always going out of his way to make others smile and brighten their day.  Wether that was to make sure everyone was included both at school and with the neighborhood kids on our cul-de-sac, or being gentle and kind with our many foster puppies and kittens. Even as an active little boy I have never once seen him try to hurt someone's feelings or be violent in any way.

My older brother, Quinn, was always a smart kid who did well in school and had a great group of friends. I got to see first hand how much he changed when he was nineteen, the same age Kelly is now, and went through a psychotic break and the first manic episode of his life. He went from a normal high school senior (he started school a year late) to someone one I couldn't recognize. He tried to buy a Ferrari, collected and hid all of the valuables in our house and was overcome with paranoia about being watched and followed. Once he was medicated and received treatment the mania and these issues stopped and he began to seem like the person he was before.

Over the past two years I have seen the same thing happen to Kelly. He told me he was receiving messages from God telling him to do unstable things like break into and animal shelter and release cats and dogs to 'free them". He told me that he wanted to remove his own eyes and started making reckless decisions that were not characteristic of him before. He was abusing weed and alcohol and acting recklessly. Over the past year he has worked hard to remain sober and work a full time job. He remained committed to his sobriety but needs more support for his mental health.

I ask you kindly to please consider what these times mean for young people in their teens and twenties, especially someone who is facing the challenges Kelly is, as we navigate not only a pandemic but the first major civil rights movement in our lifetimes. As a young person growing up in a liberal city like Seattle these times have meant that for many of us we are learning about some of the heartbreaking historical events like the Tulsa massacre or the bombing of the MOVE house in Philadelphia for the first time. We are seeing footage that is very hard to watch almost every day on social media of men and women being killed or beaten by police and trying to adapt to these harsh truths. None of these things make his actions okay and I am in no way trying to say that. But instead show how an impulsive nineteen year old who is being shown countless memes and social media posts encouraging him to take action while struggling with a mental illness that clouds ones ability to make logical and rational decisions could be effected by the current political climate.

I understand people need to face accountability for their actions and how Seattle deserve safety, but I want Kelly to have a chance as someone who is so young to learn from his mistakes and live a life where he is mature enough to see the right way to stand up for justice.

Sincerely,
Jillian Jackson

To whom it may concern,


Regarding Kelly Thomas Jackson


I have known my cousin Kelly for as long as we have both been alive- twenty years now. Growing up with a cousin as my best friend has been one of the greatest blessings of my life, and the love that I have for him is only rivaled by the love that he has for our family. To grow up beside Kelly has been a treat in every way- his bravery and empathy is enjoyed by all that he meets in his life, and his ability to connect with people from all walks of life is second to none.

What Kelly did was wrong. Using violence to express your anger towards something is never the right answer, and I know that he is deeply sorry for it. His reasons behind committing the act, however, come from a place of love for his friends and family, not from a place of violence and hate. As a person of both African American and Native American heritage, the injustices brought against people that share my ancestry is equally disappointing and appalling. The Black Lives Matter movement and the hundreds of protests that have happened across the country over the past few months have worked tirelessly to bring the injustices to light and inspire change in both the population of the world and the lawmakers of this country. Kelly, being the loving and caring person that he is, simply wanted to show his support for those that he loves in the way he felt was the most justified at the time. The error of his decision is very clear, but his aggression was simply misguided love. I love him, and so does the rest of his family. He loves us just the same, but being a young man in a movement of millions pushed a non-violent person to commit a violent act. Please be understanding, for putting away someone with intentions as true as his for one indecent act is as big of a miscarriage of justice as the one that he was protesting that day.


Thank you

Reilly Chappell

9/13/2020

My name is Mike Jackson and Kelly is my nephew.  I have struggled to rationalize why my nephew would commit such a crime.  Violence and anger are not part of Kelly's character.  This is a young man who engages his family and friends in a loving, respectful and caring manner.  He is quick to say "I love you" and a hug always follows.  I recruited Kelly to help me with a fall clean-up at his grandparent's home the fall before last.  It was two days of hard work accompanied with laughter, love and no complaints.  When the job was done and I was dropping Kelly off at his home I put two hundred dollars in his hand thanking him for all of his efforts.  Kelly refused the payment and stated "Uncle Mike, that was for Nana and Grandpa not for money."  That is Kelly's character.

More recently, Kelly has been on a journey towards self-improvement.  He has taken steps towards living a sober life.  He has done what the courts have asked of him and has done it with humility and thought.  Kelly is undertaking the process of developing a life plan.  Kelly asked if I would be willing to meet with him this last spring to get some advice.  We met and discussed the process for becoming a professional Tradesman.  I am an Electrical Journeyman and business owner and that appeals to Kelly.  Kelly was clear and concise with his questions and I advised him to the best of my abilities.  Not long after our meeting Kelly was hired by a plumbing contractor.  Kelly is implementing his plan towards a career.  As his uncle this makes me very proud.

I love Kelly very much.  I believe Kelly possesses all the tools to be a contributing, compassionate and thoughtful member in our society.

September 13, 2020

To whom it may concern:

My name is Gaby Chappell, I am a cousin of Kelly Thomas Jackson and have known Kelly for 19 years. Today I am writing to recognize that Kelly's actions on May 30, 2020 were wrongful, unlawful, and dangerous and that he should be held accountable for them. That being said, should these allegations against Kelly prove to be true, this one mistake should not define him for the rest of his life and does not reflect his true character.

I have been so fortunate to grow up with Kelly. While he is an imperfect person, he has one of the kindest hearts I've ever known and I have learned so much from him. He has been a great example to me, and all of the younger cousins, on how to care for another. Kelly is someone who watches my family's house and dog free of charge, because that's just what you do for family, according to him. Kelly is also the person who consistently went out of his way to make sure I felt seen in the hallways of our high school as he always stopped to say hello. Kelly shows his love through actions and has taught everyone who has had the privilege to actually know him how to do so.

Hearing the news and these allegations surprised me, as the Kelly I know would never intentionally hurt or put anyone else in danger. Kelly is always looking out for people which is why he participated in the Seattle protests in the first place—to demonstrate solidarity with those who are experiencing many of the injustices of today. While his behavior was unacceptable and the charges against him are deserved, Kelly's actions in no way represent who he is. This mistake was a lack of judgement that I know Kelly is remorseful about. From this I know Kelly will learn and reflect upon it every day.

Sincerely,

Gaby Chappell

To Whom it may concern,

My name is Isaac Chappell.  Kelly Jackson is my nephew.  I know that through this process much of what will be said about my nephew will paint him in a negative light.   I'm hopeful that those reading this and the many other letters gets to understand who Kelly is.  To be clear, I fully appreciate the seriousness of the accusations facing my nephew.  The social environment we are currently living in is confusing, frustrating and at times overwhelming to many of us and can be especially difficult to process for our young community members.  We are seeing unrest in our country almost daily on social media and news outlets.  To know Kelly is to understand that he wants to help, to make a difference.  I've known Kelly his entire life; having enjoyed the opportunity to raise him along with my 20 year old son as one of my own.  He is one of the most kind people I've ever met.  His kindness is only outdone by his empathy for those without a voice or those that are hurting.  That's what comes to mind as I continue to think of Kelly; empathy.  This young man is the type of person that listens, feels your pain and wants to help.  Our communities need more people with hearts like Kelly.  I love him dearly, as do my 4 children who count Kelly as a brother.  I'm hopeful this letter and others helps you understand the Kelly we know and love.  Thank you for time and consideration.


Best Regards,

Isaac Chappell

9/13/2020

To whom it may concern,

I am writing this letter on behalf of Kelly Jackson. My name is Langley Jackson. I am Kelly's older cousin. Kelly has always played a huge impact on his family.
He attended every family event he could when he wasn't working a job, Showed up and interacted with every family member, and gave nothing but a positive attitude to the family. The atmosphere
was always uplifting with Kelly around. Kelly has always worked a job since he was 16 years old and would miss family events sometimes because of his dedication and hardwork to previous jobs. He would help family
friends with jobs and tasks, and always be the first to do stuff around the house with family gatherings. The day I came home from the hospital, Kelly was over here to see my brand new baby. He lit up with a huge smile
on his face (Picture below). I could tell their bond was lifetime. My daughter, Rylee, loves her cousin Kelly. Rylee gets excited to see Kelly at every family event. That boy is one of Rylee's favorite family members.

One time I sent Kelly a text message on his birthday. You could tell how happy he was that I just went out of my way to think of him. Kelly didn't care about the presents or things given to him. Just the thought
that his cousin went out of her way to shoot him a quick Happy Birthday. Things like this are what matters to Kelly. Even on his own birthday he would ask about Rylee. He wanted to make
sure Rylee was doing well and was thinking of us. That is how you can tell Kelly has a huge heart. When Kelly does receive a gift, he is the most appreciative person and will give back more to anyone he knows.
If you give to him, he will go out of his way to make sure you are as happy as can be.

Kelly Jackson is like a little brother I never had. I love him like a brother. Kelly has a huge support system with myself, my family, and all of his close friends. I know Kelly has made a mistake and people
make mistakes in life, it happens. This doesn't define Kelly as a person. People who truly know Kelly know he is loving, caring, passionate about others, and does everything he can to make time for his family.
I appreciate you taking the time to read my letter and acknowledge what I have to say. Kelly is my little cousin and will always be an important person in myself and my daughter.

Respectfully,
Langley Jackson



September 10, 2020

RE: Kelly Jackson

To The Presiding Federal Judge,

I have been close friends with the Jackson family for over 6 years. I've had the opportunity to spend family vacations and time at our shared cabin with Kelly and the Jackson family. What I know is true about Kelly is he is caring, hard-working, helpful to those in need and wonderful to kids.

A couple years ago, I took a Habitat for Humanity trip to Zambia with Kelly. We had a group of all ages and Kelly was one of the youngest. His willingness to learn new skills, work ethic on the job site, collaboration with the local workers and leadership he provided to the local children was impressive for a young man. He was a well valued team member and gave so much to the community.

I have witnessed Kelly's big heart and willingness to help those in need many times. He even rescued me when my car was stuck in a few feet of snow on a remote road late at night.

He has always been wonderful with kids and very generous with his time. I noticed this both in Africa with the local children and with my daughter when he takes time to ski and play games with her on vacations.

There are many more positive characteristics I know to be true about Kelly. What I most want you to know is he has contributed to many people's lives in very positive ways. I understand the seriousness of the charges made against him.  It's honestly hard to reconcile the person I know with these charges. I am writing this in the hope you will take the positive impact Kelly has had on those around him for the majority of his life into consideration at the time of sentencing.

Sincerely,

Cori Alexander

Cori Alexander

September 13, 2020

To Whom It May Concern:

I have known Kelly Jackson since he was five years old.  We had just started to unload boxes from the moving truck into our new home in Edmonds, when I looked up to find this precocious little man in my living room.  He smiled and asked if we had any kids.  He looked at me and grinned a most warming smile.  I knew right away that Kelly Jackson would be a permanent fixture in our home.  Kelly became friends from the first day with my two children, and over the years our families became very close- like an extended family. Kelly never needed an invitation to come over and was always welcome in our home.  He was always kind and patient when playing with my two kids, who were a few years younger than he was.  He would take his time to help them learn how to play sports and use his creativity when putting together a neighborhood show that the parents would come and watch. I know him to be kind to animals in the neighborhood and to this day is quick with a gregarious smile that makes you feel welcome.

I hope whomever is reading this takes in to consideration Kelly's patient and caring nature.  He is a good and kind person inside.

Thank you for your time,

Stacey Carr
National Board Certified Teacher

My name is Jodi Everett and I am writing to you on behalf of my friend Kelly. I first met Kelly in high school, he always seemed in high spirits and you could tell how loved he was by the people around him. I knew he had a couple run ins with the law but the person I got to know was one of the most kind hearted and giving friends that I know to this day. Kelly should not have done what he did and he should expect consequences. Everyone in Kelly's life knows how much he has changed over the course of the last year. The progress he has made and the relationships he has rebuilt has been eye-opening. To see someone get out of a bad place, especially because he wanted to himself is inspiring. I really believe that Kelly has so much ahead of him and he deserves a chance to show that. To whomever this finds, please give Kelly a chance to grow into the person everyone knows he is. I would also hope that you keep in mind that his actions came from a place of anger and unrest rooting from the current political and social movements. I truly think it is hard for people to express emotions about such serious and pressing current events. Thank you for listening.