Judge Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>KELLY T. JACKSON, )<br>)<br>Defendant. )<br>_____ ) | NO. CR20-148JLR<br><br>DEFENDANT JACKSON'S MOTION TO SEAL EXHIBITS 1 AND 2<br><br>NOTED: September 15, 2020 |

**COMES NOW KELLY T. JACKSON,** by and through counsel Robert Goldsmith, and files this Motion to Seal. The defendant hereby requests that Exhibit 1, Attorney letter and Treatment Reports and Exhibit 2, Parents' Letters, be filed under seal, as it contains private, confidential information.

Dated 14 September 2020.               Respectfully submitted,


/s/ *R. Goldsmith*
Robert Goldsmith, WSBA #12265
Email: Bobgoldsmith52@gmail.com
Attorney for Defendant

MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorney, counsel of record for the Government.

DATED this 14th day of September, 2020

.

          /s/ R. Goldsmith
Robert Goldsmith, WSBA # 12265
Email: Bobgoldsmith52@gmail.com
Attorney for defendant

MOTION TO SEAL - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592