UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) **NO. CR20-148JLR** |
| **Plaintiff,** | ) |
| v. | ) **ORDER ON JACKSON'S** |
| | ) **MOTION TO SEAL** |
| | ) |
| **KELLY T. JACKSON,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

Having read Defendant Jackson's Motion to Seal,

THE COURT ORDERS THAT Exhibits 1 and 2 shall remain under seal.

DONE this _____ day of _____, 2020.

_____
U.S. District Court Judge

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

Presented by:

_s/ R. Goldsmith_
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592