Judge Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>             Plaintiff, ) <br>    v. ) <br> ) <br> ) <br> ) <br> KELLY T. JACKSON, ) <br> ) <br>             Defendant. ) <br> _____ ) | NO. CR20-148 JLR <br><br> DEFENDANT JACKSON'S MOTION TO SEAL DOCUMENT <br><br> NOTED: Sept. 24, 2020 |

**COMES NOW  KELLY T. JACKSON,** by and through counsel Robert Goldsmith, and files this Motion to Seal.  The defendant hereby requests that the letter and email in Exhibit 1 remain sealed, as they contain confidential information.

Dated 24 September 2020.                           Respectfully submitted,


                                                                      /s/ R. Goldsmith
                                                                      Robert Goldsmith, WSBA #12265
                                                                      Email: Bobgoldsmith52@gmail.com
                                                                      Attorney for Defendant

MOTION TO SEAL - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorney, counsel of record for the Government.

DATED this 24th day of September, 2020.

               /s/ *R. Goldsmith*
               Robert Goldsmith, WSBA # 12265
               Email: Bobgoldsmith52@gmail.com
               Attorney for defendant

MOTION TO SEAL - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592