UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KELLY THOMAS JACKSON,<br><br>                Defendant. | Case No. CR20-148 JLR<br><br>ORDER FOR TEMPORARY RELEASE |

THIS MATTER has come before the undersigned on the motion of the Defendant, Kelly Thomas Jackson, to be released to a secure in-patient mental health treatment facility. The Court heard oral argument on September 15 and 24, 2020. The Court, having considered Defendant's motion and attachments, the government's response, and oral argument, and for the reasons stated on the record, finds Defendant may be temporarily released to the secure in-patient facility, Sierra Tucson, in Tucson, Arizona. Defendant will be released to the custody of his father, who will sign an Agreement to Supervise Defendant, and will ensure that the Defendant is immediately transported to Sierra Tucson after being temporarily released from the Federal Detention Center. Defendant's father will remain responsible for Defendant until the Court can conduct a status conference in this matter which must occur within three business days of Defendant's successful completion of treatment at Sierra Tucson. If Defendant leaves Sierra

ORDER FOR TEMPORARY RELEASE - 1

Tucson or is otherwise not in compliance with the program's requirements, Defendant's father as well as Steven Goldsmith of Sierra Tucson must immediately notify the United States Pretrial Service office at (206) 370-8950. If Defendant does not successfully complete the program at Sierra Tucson, Defendant will immediately be returned to the custody of the United States Marshal's Office.

IT IS ORDERED that there are compelling reasons to temporarily release Defendant Kelly Thomas Jackson to the in-patient mental health treatment facility at Sierra Tucson. Defendant appears to be suffering from Bipolar Disorder and diagnosis and treatment for the disorder will aid in the Defendant's ability to assist in the defense of his case.

Defendant shall be COVID tested prior to release using the Molecular test. If Defendant tests positive then he will remain detained until an alternative release plan can be developed. The Pretrial Services Officer will coordinate the Defendant's release with the U.S. Marshals.

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 24th day of September, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge