UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KELLY JACKSON

        Defendant.

Case No. CR20-148

**AGREEMENT TO SUPERVISE**

I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is released from custody:

(1) I will generally supervise the defendant;
(2) I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge
(3) If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950, within one (1) business day.
(4) OTHER:

_____    Thomas Jackson
Signature                          Print Full Name
9/24/20

AGREEMENT TO SUPERVISE - 1