UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>KELLY THOMAS JACKSON,<br><br>                Defendant. | NO. CR20-148JLR<br><br>ORDER CONTINUING TRIAL |

    Having considered the record and the parties' joint motion to continue the trial, and General Order 15-20 for the Western District of Washington, the Court FINDS that for the reasons detailed in the parties' joint motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

    IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date and other dates is GRANTED.

    The trial shall be rescheduled on __February 1, 2021__ and the pretrial motions deadline shall be __December 23, 2020__.

    IT IS FURTHER ORDERED that the time between the date of the filing of the

Order Continuing Trial
*United States v. Jackson*, CR20-148JLR – 1

parties' joint motion and the new trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 7th day of October, 2020.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Todd Greenberg*
Todd Greenberg
Assistant United States Attorney


*s/ Robert Goldsmith*
Robert Goldsmith
Counsel for Kelly Thomas Jackson

Order Continuing Trial
*United States v. Jackson*, CR20-148JLR – 2