**Judge Robart**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELLY THOMAS JACKSON, <br><br> Defendant. | NO. CR20-148JLR <br><br> SPEEDY TRIAL WAIVER |

I, Kelly Thomas Jackson, defendant herein, understand that I have the right to a speedy trial under the Sixth Amendment of the U.S. Constitution and the Speedy Trial Act, 18 U.S.C. § 3161, et seq. I hereby waive my right to a speedy trial for the period from November 16, 2020, up to and including February 15, 2021.

Dated this 23 day of October, 2020.

Kelly Thomas Jackson

Witness:

s/ R. Goldsmith
Robert Goldsmith, WSBA # 12265
Bobgoldsmith52@gmail.com

SPEEDY TRIAL WAIVER - 1

ROBERT W. GOLDSMITH
705 SECOND AVENUE
SEATTLE, WA 98104
(206) 623-1592