Judge Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) NO. CR20-148JLR |
| **Plaintiff,** | ) |
| v. | ) **ORDER ON JACKSON'S** |
| | ) **MOTION FOR VIDEO OR** |
| | ) **TELEPHONIC PLEA HEARING** |
| | ) |
| **KELLY T. JACKSON,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

THE COURT has considered the unopposed motion to proceed with a guilty plea hearing by video or telephone conference, all the records in this case, and the General Orders currently in effect.

THE COURT FINDS that the circumstances as set forth in the defense's motion warrant a guilty plea hearing by video, and that the hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," see General Order No. 04-20 (3/30/20), for the reasons set forth in the unopposed motion.

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

THE COURT NOW ORDERS that the parties may proceed with a plea hearing by video/telephone conference, consistent with current procedures established by this Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DATED this 23rd day of December, 2020.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

__/s/ R. Goldsmith_____
Robert Goldsmith
Attorney for defendant

ORDER - 2