UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-148 JLR |
|---|---|
| Plaintiff, | |
| v. | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |
| KELLY THOMAS JACKSON, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my pleas in this case before a United States District Judge. I hereby declare my intention to enter pleas of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//
//
//

District Judge will then decide whether to accept or reject my pleas of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 6th day of January, 2021.

/s/ K. Jackson (by counsel w/ consent by KJ)
_____
KELLY THOMAS JACKSON
Defendant

/s/ R. Goldsmith
_____
ROBERT GOLDSMITH
Attorney for Defendant

APPROVED:

/s Todd Greenberg
_____
TODD GREENBERG
Assistant United States Attorney