UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-148 JLR |
|---|---|
| Plaintiff, | |
| v. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| KELLY THOMAS JACKSON, | |
| Defendant. | |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c), hereby accepts the pleas of guilty of the Defendant to Counts 1 and 3 contained in the Indictment, and the Defendant is adjudged guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 21st day of January, 2021.

_____
JAMES L. ROBART
United States District Judge