Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           **Plaintiff,**<br><br>    v.<br><br>KELLY T. JACKSON,<br>                            **Defendant.** | NO. CR20-148 JLR<br><br>DEFENDANT JACKSON'S MOTION TO SEAL DOCUMENTS<br><br>NOTED: March 29, 2021 |

**COMES NOW  KELLY T. JACKSON,** by and through counsel Robert Goldsmith, and files this Motion to Seal.  The defendant hereby requests that the evaluation and other documents in Exhibit 1 remain sealed, as they contain confidential information.

Dated 23 March 2021.                                        Respectfully submitted,


                                                      /s/ *R. Goldsmith*
                                                  Robert Goldsmith, WSBA #12265
                                                  Email: Bobgoldsmith52@gmail.com
                                                  Attorney for Defendant

MOTION TO SEAL - 1

                                                        **ROBERT W. GOLDSMITH**
                                                           *Attorney at law*
                                                           705 Second Ave.
                                                     Seattle, WA  98104
                                                       (206) 623-1592

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to the Assistant U.S. Attorney, counsel of record for the Government.

DATED this 23rd day of March, 2021

.

                       /s/ *R. Goldsmith*
                       Robert Goldsmith, WSBA # 12265
                       Email: Bobgoldsmith52@gmail.com
                       Attorney for defendant

MOTION TO SEAL - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592