Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | ) NO. CR20-148JLR<br>) |
| v. | ) **ORDER ON JACKSON'S**<br>) **MOTION TO SEAL**<br>) |
| **KELLY T. JACKSON,** | )<br>) |
| **Defendant.** | )<br>) |

Having read Defendant Jackson's Motion to Seal Documents in Exhibit 1,

THE COURT ORDERS THAT the documents in Exhibit 1 shall remain under seal.

DONE this _____ day of _____, 2021.

_____
U.S. District Court Judge

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

Presented by:

/s/ R. Goldsmith
Robert Goldsmith
Attorney for defendant

ORDER - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592