Judge Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>Plaintiff, )<br><br>v. )<br><br>**KELLY T. JACKSON,** )<br><br>Defendant. ) | **NO. CR20-148JLR**<br><br>**ORDER ON JACKSON'S**<br>**MOTION TO SEAL** |

Having read Defendant Jackson's Motion to Seal Documents in Exhibit 1,

THE COURT ORDERS THAT the documents in Exhibit 1 shall remain under seal.

DONE this 25th day of March, 2021.

_____
Hon. James L. Robart
U.S. District Court Judge

ORDER – 1

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

1

2   Presented by:

3

4

5   __/s/ R. Goldsmith_____

6   Robert Goldsmith
    Attorney for defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2

27

28

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592