UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>KELLY T. JACKSON,<br><br>                   Defendant. | Case No. CR20-148JLR<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |

I, Kelly Jackson, the above named defendant, acknowledge that I have been advised by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

I am scheduled to have the following hearing(s) on (fill in date):

Sentencing hearing on March 29, 2021.

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order 02-__ regarding Emergency Hearings.  As a result, I cannot currently be personally present in open

DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
CONFERENCE - 1

1   court for this scheduled hearing.  Therefore, I wish to waive my right to be personally present in

2   open court for the above-hearing(s), and acknowledge that my right to due process under the

3   Constitution is best protected by moving forward with the hearing(s) by video/telephonic

4   conference.

5           I have discussed with my lawyer this consent to appear and participate by

6   video/telephonic conference and have agreed to the same.

7           I have also authorized by lawyer to electronically execute this form on my behalf.

8

9           Dated this 26th day of March, 2021

10

11

                                        /s/ R.Goldsmith
12

13                                      Lawyer's signature, electronically executed,

14                                      On behalf of (Defendant)

15

16

17

18

19

20

21

22

23

24

25   DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
     AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
     CONFERENCE - 2