The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELLY THOMAS JACKSON, <br><br> Defendant. | NO. CR20-148JLR <br><br> ORDER |

This Court, having reviewed Defendant Kelly Jackson's motion to extend his self-surrender date, having reviewed the records and files in this case, and finding good cause, IT IS NOW ORDERED that the motion is GRANTED. The date by which Mr. Jackson must report to Federal Correctional Institution Sheridan is extended by 34 days, from April 28, 2021, to June 1, 2021.

Dated this 26th day of April, 2021.

_____
JAMES L. ROBART
United States District Judge

Presented by:
*s/ Todd Greenberg*
Todd Greenberg
Assistant United States Attorney

*s/ Robert Goldsmith*
 Robert Goldsmith
Counsel for Kelly Thomas Jackson