PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Kelly Jackson  **Case Number:** 2:20CR00148JLR-001
**Name of Judicial Officer:** The Honorable James L. Robart, United States District Judge
**Date of Original Sentence:** 03/29/2021  **Date of Report:** 09/27/2024
**Original Offense:** Unlawful Possession of a Destructive Device
**Original Sentence:** 40 months' custody; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 05/03/2024
**Special Conditions Imposed:**

☒ Substance Abuse   ☐ Financial Disclosure   ☐ Restitution:
☒ Mental Health     ☐ Fine                   ☐ Community Service
☒ Other: Moral Reconation Therapy, search

## NONCOMPLIANCE SUMMARY

I allege Kelly Jackson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol on or about September 16, 2024, in violation of a special condition of supervised release. |

United States Probation Officer Action:

Mr. Jackson submitted to a drug test on September 16, 2024, which tested presumptively positive for alcohol. When confronted, Mr. Jackson admitted he consumed alcohol when he attended a music concert with his sister. Mr. Jackson said he is aware he needs to maintain sobriety. Mr. Jackson was verbally reprimanded and remains on drug testing.

I consulted with Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 27th day of September, 2024. | BY: |
| *Brieanne G. Olsen*<br>Brieanne E. Olsen<br>United States Probation Officer | *Analiese D. Johnson*<br>Analiese D. Johnson<br>Supervising United States Probation Officer |

| | |
|---|---|
| The Honorable James L. Robart, United States District Judge | Page 2 |
| Report on Person Under Supervision | September 27, 2024 |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*/s/ James L. Robart*
Signature of Judicial Officer

September 27, 2024
Date